UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

OCT 25 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY CLERK

| | |
|---|---|
| WILLIAM G. HENDRIX ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | SA-16-CA-1296-OG |
| METROPOLITAN LLOYDS ) | |
| INSURANCE COMPANY OF TEXAS ) | |
| ) | |
| Defendant ) | |

# ORDER

The Court has received notice that all claims between the parties have been settled. Docket no. 8. This case is administratively closed pending the submission of dismissal papers. If necessary, the case may be re-opened upon the filing of a motion by any party.

IT IS SO ORDERED this _25_ day of October, 2017.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE