UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

| | | |
|---|---|---|
| WILLIAM G. HENDRIX, | § | |
| | § | |
| Plaintiff | § | |
| | § | Civil Action No. 16-1296-OLG |
| VS. | § | |
| | § | |
| | § | |
| METROPOLITAN LLOYDS | § | |
| INSURANCE COMPANY OF TEXAS, | § | (formerly 198th Judicial District, |
| | § | Bandera County District Court, Texas |
| Defendant | § | Case No. DVDV-16-0000431) |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

Pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, Plaintiff WILLIAM G. HENDRIX hereby dismisses with prejudice his civil action against Defendant METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS. All parties jointly stipulate to the dismissal with prejudice of this action, thereby concluding this matter in its entirety, with each party to bear its own costs.

SO STIPULATED this _____ day of _____, 2017.

Respectfully submitted,

BROCK & BROCK, P.C.
803 E. Mistletoe
San Antonio, Texas   78212
Telephone:   (210) 733-6666
Telecopier:   (210) 733-6893

By: /s/ W. Burl Brock
W. Burl Brock
Texas State Bar No. 03042500
Email: burlbr@brockandbrock.com

ATTORNEYS FOR PLAINTIFF

HAWKINS PARNELL THACKSON
& YOUNG, LLP
1717 West Sixth Street, Suite 250
Austin, Texas  78703
Telephone:   (512) 687-6918
Telecopier:  (512) 687-6990

By: _____
Amy Welborn
Texas State Bar No. 24012853
Email: awelborn@hptylaw.com

ATTORNEYS FOR DEFENDANT

Joint Stipulation for Dismissal (With Prejudice)